**Elhannon JOHNSON, Movant,**

**v.**

**COMMONWEALTH of Kentucky, Opposed.**

Court of Appeals of Kentucky.

Dec. 18, 1953.

H. R. Wilhoit, Grayson, Joe R. Massey, Jr., Ashland, for movant.

J. D. Buckman, Atty. Gen., Wm. F. Simpson, Asst. Atty. Gen., for opposed.

PER CURIAM.

Motion for an appeal from the Harlan Circuit Court. Judgment of conviction for having in unlawful possession whiskey for the purpose of sale in local option territory. $50 fine and 30 days in jail. The facts, questions raised, authorities cited and applicable law have beeen carefully considered by the Court.

Appeal denied. Judgment affirmed.

**Hiram BAILEY, Movant,**

**v.**

**COMMONWEALTH of Kentucky, Opposed.**

Court of Appeals of Kentucky.

Dec. 18, 1953.

Dan Jack Combs, Francis M. Burke, Pikeville, for appellant.

J. D. Buckman, Atty. Gen., H. D. Reed, Jr., Asst. Atty. Gen., for appellee.

PER CURIAM.

Motion for an appeal from a judgment of the Pike Circuit Court wherein movant was convicted of the offense of possessing intoxicating liquor for the purpose of sale in local option territory and his punishment fixed at a fine of $40 and sixty days in jail.

Appeal denied. Judgment affirmed.